IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY S. RICHARD, III,                )
                                      )
              Plaintiff,              )
                                      )        Civil Action No. 2:17-cv-00282-nbf
        v.                            )
                                      )
RYKO SOLUTIONS, INC.,                 )
                                      )
              Defendant.              )

### NOTICE OF SETTLEMENT

AND NOW, comes the Plaintiff, Henry S. Richard, III ("Plaintiff"), by and through his

counsel, the Lynch Law Group, LLC,

Please be advised the parties have reached a settlement in this case.  This case may be

closed.

Respectfully submitted,


Dated: March 29, 2018

/s/ *Daniel P. Lynch*
Daniel P. Lynch
PA ID No. 68280
David C. Weber
PA ID No. 311767

THE LYNCH LAW GROUP
501 Smith Drive, Suite 3
Cranberry Township, PA  16066
dlynch@lynchlaw-group.com
Telephone: 724-776-8000
Facsimile:  724-776-8001
*Counsel for Plaintiff, Henry S. Richard, III*